# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1846
_____

Patrick J. Williams,                          *
                                              *
          Appellant,                          *
                                              *   Appeal from the United States
     v.                                       *   District Court for the
                                              *   Western District of Missouri.
Joel Lovelady; Stephine Winsor;               *
Jonathan Rivers; R. Eseales,                  *        [UNPUBLISHED]
                                              *
          Appellees.                          *

_____

Submitted: September 11, 2003

Filed: October 8, 2003
_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and MELLOY, Circuit Judges.
_____

PER CURIAM

       Federal inmate Patrick Williams appeals following the district court's[1]
dismissal of his 42 U.S.C. § 1983 action for failure to comply with a court order.
After careful review of the record, we find no abuse of discretion in dismissing the
complaint, and we agree with the district court that Williams's previous notice of
appeal was premature. Accordingly, we affirm. See 8th Cir. R. 47A(a).

_____

       [1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the
Western District of Missouri.